> Motion GRANTED.
> /s/ [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CARL JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-0562 |
| WILLIAM LEE, Governor of the State of Tennessee, in his official capacity; and, DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | |

## JOINT MOTION TO ADMINISTRATIVELY STAY CASE PENDING RULING IN SIXTH CIRCUIT APPEAL

Plaintiff and Defendants respectfully move the Court to suspend all deadlines and administratively stay this case, with the exception of ruling on the pending unopposed motion for a preliminary injunction, until after the Sixth Circuit rules on the merits of a pending appeal that the Parties believe will directly impact this litigation. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Plaintiff challenges the constitutionality of the Tennessee Sexual and Violent Sexual Offender Registration, Verification and Tracking Act of 2004 ("the Act"), Tenn. Code Ann. §§ 40-39-201 to -218. (D.E. 1.) Defendants' response to the complaint is due June 23, 2023.