# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CARL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00562 |
| ) | Judge Trauger |
| WILLIAM LEE, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Given the stay imposed in this case on June 14, 2023 (Doc. No. 10), it is hereby ORDERED that the initial case management conference scheduled for September 21, 2023 is CONTINUED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge